[No. 26984-8-II. Division Two. June 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL PRUDENCIO-GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00869-1, James E. Warme, J., entered February 6, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 27265-2-II. Division Two. June 7, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES T. BERRY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01607-5, Jay B. Roof, J., entered April 3, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, J.; Hunt, C.J., dissenting.

[No. 27283-1-II. Division Two. June 7, 2002.]

*In the Matter of the Contempt of* THOMAS E. WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01697-1, M. Karlynn Haberly, J., entered April 9, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27298-9-II. Division Two. June 7, 2002.]

GEORGE W. CAMPBELL, ET AL., *Appellants*, v. RANDY C. McCLELLAND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-06227-8, Robert J. Backstein, J. Pro Tem., entered April 23, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.